Dale Ulrich, Chapter 7 Trustee
1934 E Camelback Road, Ste 120-615
PHOENIX, AZ 85016
(602) 264-4124 /   (fax)

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| HAZELWOOD, KELLY DEE | Case No. 11-01327 |
| Debtor(s). | ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount $4,589.33 to the Clerk of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____
Date

DANIEL P. COLLINS
UNITED STATES BANKRUPTCY JUDGE